No. 94–1942. MCKNIGHT, PERSONAL REPRESENTATIVE OF THE ESTATE OF MCKNIGHT, ET AL. v. AMERICAN CYANAMID

Co. C. A. 4th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.